AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>1. MATTHEW MARRE<br><br>*Defendant* | ) ) ) ) ) ) | Case No.  11-cr-00475-REB |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MATTHEW MARRE                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
  Stealing of Public Money, Property, or Records in violation of 18 USC Section 641.


Date:  11/14/2011                                                                                      s/L. Gianelli
                                                                                                *Issuing officer's signature*

City and state:   Denver, Colorado                                        Gregory C. Langham, Clerk, U.S. District Court
                                                                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*  _____ .

Date:  _____
                                                                                                *Arresting officer's signature*

                                                                                                *Printed name and title*