AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>1. MATTHEW MARRE<br><br>_____<br>Defendant | )<br>)<br>) Case No. 11-CR-00475-REB<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MATTHEW MARRE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Stealing of Public Money, Property, or Records in violation of 18 USC Section 641.

Date: 11/14/2011

s/Lorelle Gianelli
_Issuing officer's signature_

City and state:   Weld County, Colorado

Gregory C. Langham, Clek, U.S. District Court
_Printed name and title_

**Return**

This warrant was received on _(date)_ 11/15/2011, and the person was arrested on _(date)_ 11/15/2011
at _(city and state)_ Frederick, CO

Date: 11/16/2011

_Arresting officer's signature_

Russell W. Humphrey
_Printed name and title_