**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:  August 10, 2012

Courtroom Deputy:  Bernique Abiakam
Court Reporter:       Tracy Weir
Probation Officer:   Patrick Lynch

---

**Criminal Action No.: 11-cr-00475-REB**

*Parties:*                                                              *Counsel:*

UNITED STATES OF AMERICA,                        Kurt J. Bohn

    Plaintiff,

v.

MATTHEW MARRE,                                          Matthew K. Belcher

    Defendant.

---

**SENTENCING MINUTES**

---

**11:06 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

*11-cr-00475-REB*
*Sentencing*
*August 10, 2012*

Counsel for the Defendant informs the court that counsel has read and discussed the presentence report and addendum with the Defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court has considered all relevant matters of fact and law, including the following:

- The parties' plea agreement under USSG § 6B1.2, including the parties' written stipulation of facts relevant to sentencing under USSG § 6B1.4(a);
- The nature and circumstances of the offense(s) – focusing on "the real conduct" – for which the defendant is being sentenced;
- The history and characteristics of the offender;
- The presentence report and any addendum;
- The basic purposes of criminal punishment: deterrence; incapacitation; just punishment; and rehabilitation as declared in the Sentencing Reform Act of 1984;
- The factors to be considered in imposing sentence pursuant to 18 U.S.C. §§ 3582(a) and 3553(a)(1)-(7);
- The need to restitute victims;
- The pertinent policy statements of the US Sentencing Commission;
- The need to impose sentences that satisfy the needs and requirements of 18 U.S.C. § 3553(a)(2);
- The advancement of the seminal congressional goals of honesty, uniformity, and proportionality in sentencing;
- The principle and requirement codified at 18 U.S.C. § 3553(a), to impose a sentence that is sufficient, but not greater than necessary, to achieve the congressional goals and purposes of sentencing;
- The propriety or necessity of imposing concurrent or consecutive sentences after considering the provisions of 18 U.S.C. § 3584(a) and (b);
- The position of the government, the defendant, and the probation department;
- The evidence presented, reasons stated, arguments advanced, authorities cited by the parties in their papers and during their oral argument and presentation.

*11-cr-00475-REB*
*Sentencing*
*August 10, 2012*

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment(s) of conviction, sentence(s), and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows: Defendant's Motion For A Downward Sentencing Variance Pursuant To 18 U.S.C.§3553(a) [Filed 7/27/12; Doc. No. 22] is GRANTED;

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count One of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is sentenced to Supervised Probation for a term of **5 years**;

5. That while on Supervised Probation, the defendant shall comply with the following conditions of Probation:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3563(a) and USSG §5B1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of probation:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

*11-cr-00475-REB*
*Sentencing*
*August 10, 2012*

- that the defendant shall cooperate in the collection of a sample of defendant's DNA;

- that the defendant shall make and pay any restitution/fine/assessment as ordered and required by the court;

- that at defendant's expense, the defendant shall be placed on home detention for a period of 9 months, to commence with 21 days of **today's sentencing**; provided, furthermore, that during this time, (1) the defendant shall remain at defendant's place of residence except for employment and other activities approved in advance by the probation department; (2) the defendant shall maintain a telephone at defendant's place of residence without any special services, modems, answering machines, or cordless telephone for the above period; and (3) the defendant shall wear an electronic device and shall observe the rules specified by the probation department;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That the defendant shall pay restitution for the benefit of the victim - Colorado Army National Guard, payable to the care of the Clerk of the Court in full, in the amount of $60,482.00, to be paid in installments of not less than 10% of his monthly gross income as determined by his probation officer during the course of his term of probation;

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**11:45 a.m.   Court in recess.**
Hearing concluded.
Total time in court: 39 minutes