CO-PROB12C
(Revised 5/14-D/CO)

# FOR THE DISTRICT OF COLORADO

U.S.A. VS. MATTHEW MARRE                                    DKT. NO. 1:11CR00475-1

## PETITION FOR WARRANT OF OFFENDER UNDER SUPERVISION

COMES NOW, Rachel Goldstein, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Matthew Marre, who was placed on supervision by the Honorable Robert E. Blackburn, sitting in the United States District Court in Denver, Colorado, on August 10, 2012. The defendant was 60 months probation for an offense of Stealing of Public Money, Property, or Records, in violation of 18 U.S.C. § 641. Supervision commenced on August 10, 2012, and is set to expire on August 9, 2017. As noted in the judgment [Document 26], the Court ordered mandatory, special and standard conditions of supervision. Additionally, on August 21, 2013, the defendant's conditions were modified [Document 29]. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

1. **VIOLATION OF LAW**

On or about October 1, October 3, December 2, 2015, January 1, January 2, March 1, April 2, May 4, and June 2, 2016, the defendant committed False Statements, in violation of 18 U.S.C § 1001. These are Class D felonies, which constitutes a Grade B violation of probation.

On October 1, October 3, December 2, 2015, January 1, January 2, March 1, April 2, May 4, and June 2, 2016, the defendant submitted monthly reports stating that he worked for Operations Security, 2736 Raintree Drive, Fort Collins, Colorado. Additionally, the defendant submitted paystubs on those same dates from Operations Security. The defendant signed his monthly reports stating that all information was truthful. The above U.S.C. code and potential penalties are stated on the monthly report.

On July 26, 2016, the defendant reported to the Probation Office. He advised that he did not work at Operations Security. He stated that the company did not exist. He admitted to lying on his monthly reports.

Matthew Marre  
1:11CR00475-1

Petition for Warrant  
Page 2

July 27, 2016

### 2. FALSIFYING WRITTEN REPORTS

On or about October 1, October 3, December 2, 2015, January 1, January 2, March 1, April 2, May 4, and June 2, 2016, the defendant submitted a written report which indicated that the defendant worked at Operations Security, when, in fact, the defendant worked at Fleming Security, which constitutes a Grade C violation of probation.

On October 1, October 3, December 2, 2015, January 1, January 2, March 1, April 2, May 4, and June 2, 2016, the defendant submitted monthly reports stating that he worked for Operations Security, 2736 Raintree Drive, Fort Collins, Colorado. On July 26, 2016, the defendant admitted that he works at Fleming Security. He advised that he did not want to report his employment to the Probation Office because he did not want us contacting his employer.

### 3. MAKING FALSE STATEMENT(S) TO THE PROBATION OFFICER

On or about February 18, 2016, the defendant stated in response to a question from the probation officer that he worked for Operations Security, when, in fact, he worked for Fleming Security, which constitutes a Grade C violation of probation.

On February 28, 2016, Supervisory U.S. Probation Officer Ruiz and I met with the defendant for purposes of a case transfer. The defendant was asked about his employment status. The defendant advised that he worked for Operations Security about 18 hours a week. I advised that because he owes restitution he needs to be working fulltime. The defendant lied about his place of employment as at this time, he was employed at Fleming Security.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Based on the nature of the defendant's current conviction and the alleged violations, the probation officer requests a warrant for the defendant's arrest due to the potential danger presented by the defendant. The defendant is ex-military and has a passion for law enforcement/emergency service activities. The defendant surrounds himself with other individuals that are passionate about law enforcement. During home contacts, I have observed vehicles that were outfitted as though they were law enforcement vehicles. They included cameras, radios, laptop holders, and antennas. In the vehicle, ear protection usually wore while shooting weapons was observed in the back seat of the vehicle. On July 25, 2016, the defendant was pulled over in an outfitted Ford, the same vehicle that was observed during a home contact. Multiple officers arrived on scene due to a potential impersonation charge. The officer advised that the defendant stated he was driving his lieutenant's vehicle. Additionally, the defendant is a self-proclaimed adrenaline junkie. He has been cited for many traffic violations due to speeding in vehicles and motorcycles. A modification was submitted and granted by

Case 1:11-cr-00475-REB   Document 31   Filed 07/27/16   USDC Colorado   Page 3 of 4

Matthew Marre  
1:11CR00475-1

Petition for Warrant  
Page 3

July 27, 2016

this Court on August 21, 2013, to include a halfway house placement and mental health condition due to the defendant's ongoing non-compliance for multiple driving charges. The defendant makes the minimum payments towards his restitution, while refusing to sign release of information to check bank statements and a credit report.   Furthermore, for the past 8 months he has work with Fleming Security.  The owner of Fleming Security was unaware that he had a criminal record.   The defendant did not report this employment to the Probation Office; rather he submitted false employment records.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

The issuance of a warrant due to violation(s) of probation and, subsequent to the arrest of the defendant, that the Court consider revocation of supervision.

I DECLARE under penalty of perjury that the foregoing is true and correct.

***s/Rachel L. Goldstein***

Rachel L. Goldstein  
Place:   Denver  
Date:    July 27, 2016

***s/Gary W. Phillips***

Gary W. Phillips  
Supervisory United States Probation Officer  
Place:   Denver  
Date:    July 27, 2016

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class C felony, thus the maximum sentence allowed upon revocation is 10 years imprisonment, pursuant to 18 U.S.C. § 3565(a)(2). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade B violation.  The defendant's criminal history is a Category I, thus the advisory guideline range for revocation is 4 to 10 months

**STATEMENT IN SUPPORT OF DETENTION AT INITIAL APPEARANCE:**

Based on the defendant's performance while on supervision, the probation officer recommends the defendant be detained pending revocation proceedings.  The defendant is viewed as presenting a risk of danger to the community.  The defendant poses a risk to the community due to ongoing deceptive behavior.  His original offense of stealing materials from the U.S. Army shows his disregard to the government and authority.   Yet, the defendant has an obsession with being involved in aspects of law enforcement/ emergency services.  His obsession when paired with his military training and deceptive behavior causes great concern for community safety.  Pursuant to F.R.Crim.P.Rule 32.1(a)(6), the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the defendant.