**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:11CR00475-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW MARRE,

        Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF PROBATION**

---

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

____    ORDERS the issuance of an arrest warrant.

____    ORDERS the issuance of a summons.

____    DENIES the request.

      DATED at Denver, Colorado, this _____ day of July, 2016.

                                BY THE COURT:

                                Robert E. Blackburn
                                United States District Judge