AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) ) ) ) ) ) | Case No. 1:11CR00475-1 |
| MATTHEW MARRE | | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Matthew Marre                     ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ☑ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Violation of Law
Falsifying Written Reports
Making False Statements to the Probation Officer

Date: _____

*Issuing officer's signature*

City and state:   Denver, Colorado                      Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*