**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant.

---

**MINUTE ORDER**[1]

---

On August 2, 2016, the court conducted a setting conference in chambers to set this matter for hearing on supervised release violations. After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1. That on **August 30, 2016**, commencing at **3:30 p.m.** (MDT), the court shall conduct a hearing on supervised release violations; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

Dated:    August 3, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.