IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-CR-00475-REB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MATTHEW MARRE,

        Defendant.

_____

ENTRY OF APPEARANCE
_____

To: The Clerk of Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  __The United States of America__

    DATED at Denver, Colorado this 10th day of August, 2016.

        JOHN F. WALSH
        United States Attorney

        s/Elizabeth M. Froehlke
        Elizabeth M. Froehlke
        Assistant United States Attorney
        1225 17th Street, Suite 700
        Denver, CO 80202
        Telephone: 303-454-0126
        E-mail:  Elizabeth.Froehlke@usdoj.gov

        Counsel for United States

CERTIFICATE OF MAILING

I hereby certify that on August 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

Jeremy.Sibert@usdoj.gov
Matthew_belcher@fd.org

In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

Address of Defendant:

Matthew Marre
2765 S Federal Blvd.
Denver, Colorado 80236

  s/Carolyn Dean
Office of the U.S. Attorney