To Judge Mix,

I am writing this letter in regards to Matthew Marre, and the hearing on 08/02/2016. I have known Mr. Marre for several years now, and have also lived with him for over 2 years, and believe I can help shed some light on the situation.

First, a little background information about me. I am a college educated (B.S. Telecommunications management), professional computer system administrator working for CSU and have been employed at my job for over 12 years now. I have owned my home in Fort Collins for 9 years now and lived in the area for 4 years prior to that. My criminal background is spotless aside from 2 traffic tickets during my life time.

Additionally my entire immediate family (both parents, and 2 older brothers) live in Northern Colorado as well. All of my family has met Mr. Marre repeatedly at Christmas and Thanksgiving meals held by my parents, and he is continued to be welcomed at such events.

I have been a FCC licensed Amateur radio operator since 1991, have been a member of ARES (Amateur Radio Emergency Service) in California and Colorado, and also volunteer with a new group called Northern Colorado Emergency Service Support / Search and Rescue (NOCO ESS/SAR), which I will explain in greater detail below. As a member of ARES, I've worked multiple disasters assisting public safety (Fire Dept's, Law enforcement, Red Cross, etc) during events such as LA riots 1992, San Diego border area flooding 1992, Windsor tornado 2008, Highpark fire 2012, and Estes Park flooding 2013.



I also am a member of Skywarn since 2009, a group headed up by NOAA that helps warn the public about dangerous severe weather such as tornadoes and extreme hail. Summarizing, I've volunteered with some sort of emergency service since the age of 17.

Regarding Northern Colorado ESS/SAR (hereby referred to as NOCO ESS/SAR), myself and Mr. Marre are members, as well as several other honorable individuals of the community. NOCO ESS/SAR is a newer organization that was founded about 2 years ago to act as an additional resource for various public safety agencies (such as Fire and Law Enforcement departments). We offer various services such as (but not limited to) traffic control, specialized night vision and thermal viewers, UAS (drone), and high end communications capabilities, for agencies that either do not have such assets/services, or need additional of.

NOCO ESS/SAR is a registered 501(c)(3) non-profit incorporated in the State of Colorado. I am one of the founding members, and currently serve as the President of the board, as well as an active duty volunteer. All of the command staff and the board members are aware of Mr. Marre's status, as Mr. Marre disclosed it in detail when joining the group.

As a part of NOCO ESS/SAR, certain members (including myself) have emergency lighting and radio equipment in their cars and trucks. As an organization, we have permits from the State of Colorado for emergency lighting, and as per NOCO ESS/SAR's standard operating procedures, these lights are ONLY used when authorized by a public safety agency we are working with, much in the same fashion as how a volunteer fire department operates. To be extremely clear on this point, these emergency lights are not used merely at our discretion,

but ONLY in coordination with (and blessing of) Law and Fire services. All of our vehicles that have emergency lighting also have dash cams to further document when such equipment is used.

The radio equipment we use is identical to the radios that other amateur and commercial radio operators use, and are not licensed or restricted in any way other than requiring an Amateur radio license to use from the FCC - which Mr. Marre possesses. As a side note, this is how I first came to know Mr. Marre, via the hobby of Amateur radio.

I'd like to address Mr. Marre's status in relation to the community at large, and to the people who know him personally. Regarding his past actions that led to his conviction, Mr. Marre has never lied or tried to conceal this to anyone who knows him well on a personal basis. As previously mentioned, NOCO ESS/SAR was informed by Mr. Marre of it prior to him joining the group. On a personal level, Mr. Marre disclosed his status to me shortly after I first met him, and I have never felt that he lied or withheld any information from me.

This is why I trusted him well enough to invite him to live with me 2 years ago at my house. I felt that by giving him a more stable living arrangement compared to what he had been in the past several years, that it would enable him to have a more stable life style and job situation. In these 2 years, Mr. Marre has had more steady employment and has taken on several projects to further the community (such as, but not limited to, NOCO ESS/SAR).

Mr. Marre is NOT a flight risk despite the claims of the U.S. probation office. All of his close friends are in the Fort Collins / Loveland area. Every time Mr. Marre has been ordered to appear at a meeting with the probation office, he has done so, regardless if it requires him to miss work, or borrow a car from one of his friends (his personal truck is in very poor condition and often is not running). The last time Mr. Marre was ordered to meet with his probation officer (the morning he was taken into custody - 7/28/16), he had to borrow a friend's Explorer, and knowing that there was chance he was going to be arrested, planned beforehand for the Explorer to be returned if this occurred. Hardly the actions of a person planning to run.

And any claim that Mr. Marre is a danger to the community is beyond absurd. Mr. Marre has never shown the slightest behavior of violence towards his associates or the public. He has never robbed anyone, or unlawfully assaulted anyone, nor does he carry illegal weapons. As his roommate of 2 years, I can state with certainty that he does not drink alcohol or use illegal drugs. If anything, he has been a major asset to the community in the past few years, by being gainfully employed, paying taxes, paying his restitution, and participating in numerous events and organizations designed to enhance the public as a whole.

In closing, based on my considerable experience with Mr. Marre, I recommend to the court that Mr. Marre be released pending resolution of this matter. If the court has any further questions for me, my contact information is listed below.

Signed,

Ryan Medhurst

2700 Stanford #20

Fort Collins, CO 80525

08/01/2016

August 1, 2016

Honorable Judge Mix
Alfred A. Arraj United States Courthouse
901 19th St., Denver, CO 80294

RE: Matthew Marre

My name is Bryan Flansburg, after 28 years of dedicated service to the University of Colorado. I retired from my position as Transportation Director. Prior to my career with University, I was enlisted in the United States Army for four years. I retired from the University at a young age of 53, and immediately started working with several not-for-profit organizations.

- Senior Vice President, in line to be the president in 2017, NAFA Fleet Management Association.
- Board Member, NAFA Foundation.
- Command Staff, Longmont Emergency Unit.
- Fleet Manager, I Have a Dream Foundation of Boulder County.

I have lived in Boulder County since 1985, when I was released from the military. My wife and I of 35 years are happy that our two children as well as two grandchildren live close.

I met Matthew Marre over a year ago, when he joined Longmont Emergency Unit as a rescuer. Through trainings, duty crew, and incident response, I was able to get to know him. In December 2015, Matt was a tremendous supporter, when I was made a Captain for the unit. Matthew excelled in Longmont Emergency Unit. He completed his probationary, rescuer, and general rescuer within his first year. Matthew's expertise in ropes was invaluable in getting the unit in compliance. Matthew is a man of incredible integrity. So much so that I could hear the sorrow in his voice when he told me about the unfortunate situation that put them on probation. During that conversation, I explained to Matthew that a lot of people make mistakes. Mistakes do not make us who we are, it is how we deal with those mistakes and move forward that makes us who we are. Matthew has decided to work through this by volunteering, and giving back to his community. Matthew has gained roots in the community where he volunteers. As a rescue volunteer, we can risk lives with each incident we respond to. Matthew is one of the few rescuers that I would trust my life with in every incident we respond to.

Longmont Emergency Unit is a non-for profit all volunteer membership organization. We are a primary responder for all water calls, dive rescue, swift water or river rescue, and ice rescue for Boulder County. We also provide support for the city of Longmont's fire and police department. While our vehicles are equipped, and authorized as emergency response vehicles, we only respond emergent, with lights and sirens, approximately 5% of the time. Our vehicles are clearly marked with our logo as well as the verbiage Longmont Emergency Unit, and should never be mistaken for law enforcement. The types of vehicles in our fleet are SUVs, GMC 5500, Chevrolet step van P30, Ford E350, Ford F250, and Chevrolet K20. Our equipment consists of two light Towers, UTV, cascade trailer, and boat trailer.

While releasing Matthew would benefit him the greater beneficiary would be the community he serves.

Please do not hesitate to contact me if you have any questions or need any clarification.


Thank You


Bryan Flansburg, CAFM

1333 Lincoln St.
Longmont CO. 80501
(303) 775-8116
bryan.flansburg@gmail.com



EXHIBIT B
11-CR-00475-REB

Dear Judge Mix,

My name is Cody B. Daig. I am writing this letter in regards to Matthew Marre. I met Matthew in January of 2015 at a 4x4 group meet up and what started out as mutual interest in Search and Rescue turned into a friendship where I consider Matthew one of my best friends. I don't remember when Matthew told me he was on Probation, or supervised release, but he was 100% open and honest about his part. He doesn't go around advertising it, but he's open to anyone that asks or anyone whom he is close with.

To start, I'll give you a little bit of background about me. Currently I am a Tech Mentor / Instructor at Hack Reactor. Hack Reactor is a 3 month bootcamp in which students give up their lives for 3 months to spend 11-15 hours a day, 6 days a week, studying and working hard to become software engineers. Hack Reactor is based out of San Francisco, but I work with their remote community and with the students that can't practically move to San Francisco for 3 months. My students graduate and find full time mid to senior level software engineering jobs, making more than the average Stanford graduate, at places like Google, Twitter, Facebook, Amazon, Microsoft, and GE. I currently live in Fort Collins, Colorado and work from home. I'm in the market to buy a house in the coming months. In the fall, I will also be attending Aims Community College full-time to earn my EMT-B certification to further enhance my volunteer abilities.

I am a Lieutenant as well as the Secretary/Treasurer of Northern Colorado Emergency Service Support (NOCO ESS). NOCO ESS is a 501(c)(3) non-profit under the State of Colorado set-up to support local law, fire, EMS, SAR, and other

EXHIBIT C
11-CR-00475-REB

emergency service agencies. NOCO ESS was started in mid 2014, and I joined early 2015. Although in our infancy stages, we currently work with local events like marathons, and help with traffic control, radio communication, aid station volunteers, emergency escorts, and anything else they could need help with. Several of our command staff, myself included, has fully equipped emergency vehicles for use during these events. Our emergency vehicles have the appropriate permits and equipment, and follow all applicable laws as outlined in the Colorado Revised Statutes. Although equipped, the "emergency equipment" such as red and blue lights are locked out and cannot be used unless an authorizing agency grants us permission on a case by case basis.

If you choose to release Matthew Marre, I don't believe that he is a danger to the community. In fact, by releasing him, he will most likely continue his volunteer work with NOCO ESS and further support and better his community. Matthew has done a lot for the organization, and I know he would continue working just as hard. Also, if Matthew was released, I know he would make his court appearances. Since I've known him, he's always made arrangements in advance to ensure reliable transportation to Denver to check in with his Probation Officer. For example, last Thursday, when he knew there was a chance of being put back into custody, he borrowed one of my vehicles, came up with a plan for Ryan and I to retrieve it, and informed us where he parked so we could retrieve it.

Thank-you for taking the time to read this.

*Cody B. Daig*

Cody B. Daig

1302 Woods Landing Dr.
Fort Collins, CO 80525

cody@daig.me
(415) 713-0893