IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:                August 30, 2016

Courtroom Deputy:  Kathleen Finney
Court Reporter:    Julie Thomas
Probation Officer: Rachel Goldstein

**Criminal Action No.  11-cr-00475-REB**

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                         Jeremy Sibert

     Plaintiff,

v.

MATTHEW MARRE,                                    Matthew Belcher

     Defendant.

### COURTROOM  MINUTES

**Hearing on Supervised Release Violation**

**1:32 p.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

Opening statements by the court.

Counsel for the government confirms that counsel has read the Petition on Supervised Release [#31] filed July 27, 2016 and the Supervised Release Violation Report [#48] filed August 22, 2016.

Counsel for the defendant informs the court that counsel has read and discussed the Petition and the Supervised Release Violation Report with the defendant.

The defendant admits to violations 2 and 3 alleged in the Petition.

Government orally requests to dismiss violation 1 of the Petition.

Court colloquy regarding the **Joint Sentencing Statement** [#51] filed August 26, 2016.

The court enters findings of fact, conclusions of law, and orders.

    **IT IS ORDERED** as follows:

1. That the **Joint Sentencing Statement** [#51] is approved and ordered implemented effective forthwith;

2. That this hearing is **continued** to **December 2, 2016**, commencing at **11:30 a.m.** (MST), at which time the defendant and counsel shall again appear without further notice or order of Court; and

3. That the defendant shall continue to be under the supervision of the Probation Department subject to all extant mandatory, standard, and special conditions of supervised probation and of bond, provided that the conditions of bond of the defendant are modified to provide that he may be released from an RRC on the acquisition of appropriate residential housing approved by his probation officer, and that the Court retains jurisdiction of this action as provided by law.

**1:52 p.m.      Court in recess.**

Total time in court:   00:20

Hearing continued.