IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:11CR00475-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW MARRE,

        Defendant.

---

### ORDER MODIFYING TERMS AND CONDITIONS OF SUPERVISION AND CONTINUING SENTENCING

        THIS MATTER is before the Court for a supervised release violation hearing on August 30, 2016, upon report of the probation officer that the defendant had violated the terms and conditions of his probation.  The defendant admits to guilt to violations 2 and 3. Violation 1 was dismissed by the government.

        THE COURT having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Office, finds the defendant guilty of violations 2 and 3.  The Court defers sentencing for such violations until December 2, 2016, at 11:30am.  It is

        FURTHER ORDERED that the defendant's supervision be continued and the terms of supervision are modified to include a special condition requiring that the defendant continue his placement at a residential reentry center (RRC) until such a time that the defendant secures a residence that is approved in advance by the Probation Officer.  All previous conditions of release remain in full force and effect.

        DATED at Denver, Colorado, this 1st day of September, 2016.

                                  **BY THE COURT:**

                                  */s/ Bob Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge