CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Matthew Marre        Dkt. No. 1:11CR00475-1

## Petition for Action on Conditions of Pretrial Release

Comes now, Rachel L. Goldstein Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Matthew Mare, who was placed under pretrial release supervision by the Honorable Kristen L. Mix, sitting in the Court at Denver Colorado, on August 2, 2016. As noted in the Order Setting Conditions of Release (Document 45), the Court ordered conditions of pretrial release. On August 30, 2016, the defendant's bond conditions were modified by the Honorable Robert E. Blackburn (Document 53). The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

On August 30, 2016, the defendant was before the Court for a revocation of supervised release hearing. The defendant pled guilty to violations 2, and 3 in the petition (Document 31). The Court ordered that disposition be continued until December 2, 2016. On that same date, the Court ordered that the defendant's bond conditions be modified to include that the defendant continue his placement at the residential reentry center (RRC) until such a time that the defendant secures a residence that is approved by the Probation Officer.

**Respectfully presenting petition for action of the Court and for cause as follows:**

**1) Failure To Maintain Residence/Comply with Rules of Residential Reentry Center**

On September 6, 2016, the defendant provided me with a proposed residence. On September 9, 2016, I conducted a home investigation and found the address to be suitable. On that date, I directed the defendant to schedule an appointment so that a budget that included expenses from the proposed address could be completed and approved. This meeting would be the last step before approving the residence.

On or about September 6, 7, 8, and 9, 2016, the defendant failed to comply with the rules of the residential reentry center (RRC). He was unaccountable for 12 hours and 42 minutes between the above dates.

On September 13, 2016, the RRC staff received the defendant's time card from his employer and noticed that the defendant had asked for work extension passes that did not match up with his time card. The defendant has a set work schedule with Steel Huggers of 6:30 a.m. to 4:30 p.m. On September 13, 2016, the defendant received four separate incident reports for Unauthorized Absence that occurred on September 6, 7, 8, and 9, 2016.

| | | |
|---|---|---|
| Matthew Marre<br>1:11CR00475-1 | Petition on Pretrial Release<br>Page - 2 | September 14, 2016 |

On September 6, 2016, the defendant called the RRC to ask for a work extension. The defendant was granted that extension. Based upon records from the defendant's employer Steel Huggers, Longmont, Colorado, the defendant clocked out of work at 4:30 p.m., and he did not return to the facility until 7:34 p.m. The defendant was unaccounted for from 4:30 p.m. to 7:34 p.m.

On September 7, 2016, the defendant called the RRC at 4:46 p.m. advising he was on his way back to the facility. He did not return until 7:48 p.m. Based upon records from the defendant's employer Steel Huggers, Longmont, Colorado, the defendant clocked out at 4:32 p.m. The defendant was unaccounted for from 4:32 p.m. to 7:58 p.m.

On September 8, 2016, the defendant called the RRC to ask for a work extension. The defendant was granted that extension. Based upon records from the defendant's employer Steel Huggers, Longmont, Colorado, the defendant clocked out at 4:28 p.m. At 6:17 p.m., the defendant called advising that he was on his way back to the facility. The defendant arrived back to the facility at 7:58 p.m. The defendant was unaccounted for from 4:28 p.m. to 7:58 p.m.

On September 9, 2016, the defendant called the RRC at 5:00 p.m., advising that he was done with work and on his way back to the facility. Based upon records from the defendant's employer Steel Huggers, Longmont, Colorado, the defendant clocked out at 3:33 p.m. The defendant arrived back to the facility at 6:26 p.m. The defendant was unaccounted for from 3:33 p.m. to 6:26 p.m.

The Court and the government have shown the defendant leniency by allowing the defendant to release from the RRC after obtaining an approved release residence. While revocation proceedings are pending, the defendant has continued to exhibit deceptive behavior that is very similar to what he pleaded guilty to in the violation petition. The Probation Office sees this conduct as troublesome and plans to request that the defendant continue to reside in a RRC until his revocation proceedings are disposed of or until the defendant can demonstrate a willingness and pattern of compliance.

| Matthew Marre | Petition on Pretrial Release | September 14, 2016 |
|---|---|---|
| 1:11CR00475-1 | Page - 3 | |

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a summons ordering the defendant to appear in Court to address violations of the conditions of pretrial release.

### ORDER OF THE COURT

Considered and ordered filed and made a part of the record in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

*s/Rachel L. Goldstein*
Rachel L. Goldstein
United States Probation Officer
Date:   September 14, 2016

~~Robert E. Blackburn~~
~~Senior United States District Judge~~
Date:   September 14, 2016

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO