# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant.

---

## MINUTE ORDER[1]

---

The matter is before the court *sua sponte*. Due to a conflict on the court's calendar, the final hearing on supervised release violations must be vacated and continued.

**THEREFORE, IT IS ORDERED** as follows:

1. That the final hearing on supervised release violations set December 2, 2016, is vacated and continued pending further order;

2. That on **November 2, 2016**, at 10:00 a.m. (MDT), the court shall conduct a telephonic (non-appearance) setting conference to reset the final hearing on supervised release violations; and

3. That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers at **303-335-2350** to facilitate the setting conference.

Dated: October 19, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.