# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:                    December 8, 2016

Courtroom Deputy: Kathleen Finney
Court Reporter:     Tracy Weir
Probation Officer:  Rachel Goldstein

---

**Criminal Action No.  11-cr-00475-REB**

*Parties:*                                                *Counsel:*

UNITED STATES OF AMERICA,                Jeremy Sibert

     Plaintiff,

v.

MATTHEW MARRE,                                   Matthew Belcher

     Defendant.

---

## COURTROOM  MINUTES

---

**Hearing on Supervised Release Violation**

**1:35 p.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

Opening statements by the court.  The matter is before the Court for continued dispositional hearing.

Relevant to this matter is the Second Addendum to the Supervised Release Violation Report [#37] filed December 5, 2016.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of disposition, and comments on the probation officer's determinations and other matters affecting disposition.

Defendant is sworn.  Statement by the defendant.

Statement by government's counsel.

The court enters findings of fact, conclusions of law, and orders.

> **IT IS ORDERED** as follows:
>
> 1. That the petition of the probation department seeking a revocation of probation is sustained;
>
> 2. That the defendant's sentence to supervised probation continues without revocation or modification; and
>
> 3. That the defendant is subject to all existing, mandatory, special or explicit conditions of probation that are now in effect.

**2:13 p.m.     Court in recess.**

Total time in court:   00:38

Hearing concluded.