**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**NOTICE OF CHANGE OF ADDRESS**

Case No. 11-CR-000475-REB

To the Court, parties, and all counsel of record:

The undersigned Assistant United States Attorney hereby submits this notice pursuant to D.C.COLO.LAttyR 5(c) that effective February 6, 2017, undersigned counsel's address has changed. As of that date, the physical address for the Denver office of the United States Attorney's Office for the District of Colorado is the following:

> United States Attorney's Office, District of Colorado
> 1801 California Street, Suite 1600
> Denver, Colorado 80202

Please direct any correspondence mailed to undersigned counsel to that address. The telephone number and email address for undersigned counsel will remain unchanged.

RESPECTFULLY SUBMITTED:

ROBERT C. TROYER
ACTING UNITED STATES ATTORNEY

BY:   s/ Elizabeth M. Froehlke
ELIZABETH M. FROEHLKE
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0126
Email: Elizabeth.Froehlke@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

Defendant Address:

Matthew Marre
600 W. 123rd Ave.
Apt. 3536
Westminster, CO    80234


Garnishee Address:

Steel Huggers, Inc.
4472 Hilltop Rd., Unit D
Mead, CO    80204

                                                s/ Patricia McGee-Wake
                                                U.S. Attorney's Office