**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

V.

MATTHEW MARRE,

    Defendant.

_____

UNITED STATES MOTION TO UNRESTRICT DOCUMENTS
_____

COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney William B. Gillespie, and respectfully moves for an order to unrestrict the Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment.  These documents were restricted at Level 3, limiting access to the employees of the United States Attorney's Office for the purpose of serving notice on the Garnishee before the Defendant.

In support of this Motion, the United States sets forth the following:

1. The Garnishee was served on April 15, 2019.
2. As the garnishment has been served to Garnishee First National Bank, a branch of First National Bank of Omaha, the documents now may become available to the public.
3. Once the documents are made public, the garnishment documents will be served on Defendant via ECF through his counsel, who is the attorney for Defendant to be noticed on this case.

WHEREFORE, the United States respectfully requests that the Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment be unrestricted.

DATED this 19th day of April, 2019.

Respectfully submitted,

Jason R. Dunn
United States Attorney

By:  s/ William B. Gillespie
***William B. Gillespie***
Assistant U.S. Attorney
1801 California Street, Suite 1600
Denver, CO 80202
303-454-0102
william.gillespie@usdoj.gov

Attorneys for Plaintiff
United States of America

**CERTIFICATE OF MAILING**

  I hereby certify that on April 19, 2019 I electronically filed the foregoing with the Clerk of the court using the ECF system which will send notification of such filing to the following email addresses:

Matthew_Belcher@fd.org

  In addition, I hereby certify that I have mailed or faxed the document to the following non CM/ECF participants:

First National Bank
a branch of First National Bank of Omaha
1620 Dodge St., Stop Code 3292
Omaha, NE  68197

        Patricia McGee-Wake
        Office of the U.S. Attorney