# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant.

_____

## ORDER TO UNRESTRICT DOCUMENTS
_____

**Blackburn, J.**

The matter is before me on the **United States Motion To Unrestrict Documents** [#83][1] filed April 19, 2019. After careful review of the motion, the record, and the apposite law file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States Motion To Unrestrict Documents** [#83], filed April 19, 2019, is granted;

2. That the government's **Application for Writ of Garnishment** [#80] and its attachments [#80-1 to 80-3] filed April 12, 2019, shall be unrestricted; and

---

[1] "[#83]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the **Writ of Garnishment** [#82] and **Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor** [#82-1], filed April 15, 2019, shall be unrestricted.

Dated April 23, 2019, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge