

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    11-CR-00475-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MATTHEW MARRE,

       Defendant, and

FIRST NATIONAL BANK, A BRANCH OF FIRST NATIONAL BANK OF OMAHA,

       Garnishee.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**APR 25 2019**

**JEFFREY P. COLWELL
CLERK**

---

## ANSWER OF THE GARNISHEE

---

I,   Beth Laffoon          , the   Garnishment Unit Manager          of
      (Name)                 (Title)

Garnishee FIRST NATIONAL BANK, A BRANCH OF FIRST NATIONAL BANK OF
OMAHA, state under penalty of perjury as follows:

      GARNISHEE IS (choose one):

      ☐ An Individual doing business in the name of _____.
      ☐ A partnership, ☐ LP, ☐ LLP, or ☐ LLC
      ☒ A corporation, organized under the laws of the State of   Nebraska      .

      On   April 16          , 2019, Garnishee was served with a Writ of Garnishment.

At the time Garnishee was served with the Writ, Garnishee had in its possession or control

the following property of the Defendant:



## 1.   Financial Accounts

**Account 1**
Type:  Personal Checking
No.  Ending 0371
Title Owner:  Matthew Marre, Sole Owner
Amount: $ 1,524.27 - Account Frozen

**Account 2**
Type:  Business Checking
No.  Ending 8705
Title Owner:  Colorado PSE LLC
Amount: $ 9,579.92 - Account Frozen

**Account 3**
Type:  Credit Card
No.  Ending 7471
Title Owner:  Matthew Marre
Amount: $ 0.00 - Credit Card has been suspended

**Account 4**
Type:
No.
Title Owner:
Amount: $

## 2.   Safety Deposit Box

Box No.:  None
Last Accessed:
Owners other than Defendant:




## 3.   Other Property

Does the garnishee have custody, control or possession of any property, other than accounts or safety deposit boxes, now owed or to be paid in the future, in which the defendant has an interest?  ☐ Yes or ☒ No
If yes, describe:

N/A



4.   If Garnishee denies holding property subject to garnishment check and complete the applicable line below:

☐ Garnishee has the following objections, defenses, or set-offs:

None



☐ On the date the garnishee was served with the Writ, the garnishee was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the defendant has an interest.

5.      Garnishee mailed the original Answer to:

Clerk, United States District Court
901 19th Street, #A-105
Denver, CO 80294-3589

and a copy of this Answer by first class mail to:

Office of United States Attorney
Attn: Financial Litigation Unit
1801 California Street, Suite 1600
Denver, CO 80202

and to the Defendant:

Matthew Marre
c/o Office of the Federal Public Defender-Denver
Attn: Matthew Kyle Belcher
633 Seventeenth Street, Suite 1000
Denver, CO 80202

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and

correct.

Executed this ___19th___ day of ___April___, 2019.

_____
(Signature)
Beth Laffoon, Manager
(Print Name)
(402) 602-8471          fnbogarnishments@fnni.com
(Phone)

Subscribed and sworn to before me this
__19th__ day of __April__ 20_19_.

_____
Notary Public (Seal)
My Commission expires: _9/26/22_

GENERAL NOTARY - State of Nebraska
LEEANN BUNDERSON
My Comm. Exp. September 26, 2022

First National Bank

1620 Dodge Street
Omaha NE 68197

Legal Department
Garnishment Unit SC 3292
703460

RETURN SERVICE REQUESTED

neopost
04/22/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 68110
041M12251608

80294$2501 C044

Clerk, United States District Court
901 19th Street, #A-105
Denver, CO 80294-3589