**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  11-CR-00475-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MATTHEW MARRE,

      Defendant, and

FIRST NATIONAL BANK, A BRANCH OF FIRST NATIONAL BANK OF OMAHA,

      Garnishee.

---

MOTION FOR ENTRY OF GARNISHEE ORDER

---

      Plaintiff United States of America respectfully moves for entry of a Garnishee Order directed to First National Bank, a branch of First National Bank of Omaha, Garnishee.  As grounds therefore, the United States advises as follows:

      1.     Upon application of the United States, the Clerk of the Court issued a Writ of Garnishment, directed to Garnishee on April 15, 2019 [#82].

      2.     As set forth in the attached Declaration of Sarah Leffler, the Writ of Garnishment and the Application for Writ of Garnishment were personally served on the Garnishee on April 15, 2019.  Sarah Leffler Declaration, Ex. 1, ¶ 2; Proof of Service, Ex. 2.

3.      The Application for Writ of Garnishment, Writ of Garnishment, and Clerk's

Notice of Post-Judgment Garnishment, were served on the Defendant through his

counsel via ECF.  These documents notified the Defendant, through his counsel, of the

right to request, within twenty days, a hearing to determine exempt property.  Sarah

Leffler Decl., Ex. 1 ¶ 3.

4.      The Garnishee filed an answer on April 25, 2019 [#85], stating that it had

in its possession or under its control personal property belonging to and due Defendant,

and that it was indebted to Defendant in the form of two bank accounts.

5.      Defendant has not filed a request for a hearing.

WHEREFORE, pursuant to 28 U.S.C. § 3205(c)(7), the United States respectfully

requests that the Court enter a Garnishee Order directing the Garnishee to pay to the

United States all funds from the bank accounts belonging to the Defendant, less

$138.60 which the Garnishee may withhold to offset a loss associated with the

defendant.

Respectfully submitted,

JASON R. DUNN
United States Attorney

Dated: May 17, 2019

By:     s/William B. Gillespie
        **William B. Gillespie**
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0102
        E-mail:  William.Gillespie@usdoj.gov
        Attorneys for Plaintiff
        United States of America

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following email addresses:

William.Gillespie@usdoj.gov
Matthew_Belcher@fd.org

In addition, I hereby certify that I have mailed the document to the following CM/ECF participants:

Garnishee address:

First National Bank
A branch of First National Bank of Omaha
Attn: Legal & Subpoenas Stop Code 3290
1620 Dodge St.
Omaha, NE 68197

s/ Sarah Leffler
United States Attorney's Office