## DECLARATION OF SARAH LEFFLER

I, Sarah Leffler, declare:

1. I am employed at the U.S. Attorney's Office for the District of Colorado as a Legal Assistant. I have personal knowledge of the facts set forth below.

2. On April 15, 2019, the Writ of Garnishment and the Application For Writ of Garnishment in the case of *U.S. v. Matthew Marre, Criminal Case No. 11-CR-00475-REB* were personally served on the Garnishee, First National Bank, a branch of First National Bank of Omaha. (Ex. 2)

3. On April 23, 2019, the Application for Writ of Garnishment, Writ of Garnishment, and Clerk's Notice of Post-Judgment Garnishment were served on the Defendant through his counsel via ECF. These documents notified Defendant, through his counsel, of the right to request, within twenty days, a hearing to determine exempt property.

4. The Defendant has not filed a request for a hearing, and has not notified our office that a hearing on the garnishment is requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at Denver, Colorado on May 17, 2019.

<u>s/Sarah Leffler</u>