Defendant: Matthew Marre
Case No. 11-CR-000475

# PROOF OF SERVICE

Garnishee: First National Bank, a branch of First National Bank of Omaha
1620 Dodge St., Stop Code 3292, Omaha, NE 68197

DATE  04/15/19

TIME  3:15 pm

*[signature]*
SERVED ON (SIGNATURE)

Derek Assmann
SERVED ON (PRINT NAME)

Troy M. Iyus
SERVED BY (PRINT NAME)

FLU Asset Investigator
TITLE

Address: 12009 Sheridan Blvd, Broomfield, CO 80020

Universal Banker
TITLE

IN PERSON
MANNER OF SERVICE

**DECLARATION OF SERVER**

I, Troy M. Iyus, delivered garnishment on the above referenced case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  4/15/2019
DATE

*[signature]*
SIGNATURE OF SERVER

ADDRESS OF SERVER:
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202