**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  11-CR-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant, and

FIRST NATIONAL BANK, A BRANCH OF FIRST NATIONAL BANK OF OMAHA,

    Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, First National Bank, a branch of First National Bank of Omaha, shall pay to the United States all funds from the bank accounts belonging to Defendant Matthew Marre, less $138.60 which the Garnishee may withhold.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:

        Clerk of the Court
        901 19th Street, A-105
        Denver, CO 80294

Please include the following information on the check:

    Name of Defendant:  <u>Matthew Marre</u>

    Court Number:  <u>11-CR-00475</u>

                                                                     BY THE COURT:

Dated: _____              _____
                                                                     UNITED STATES DISTRICT JUDGE