# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant,

and

FIRST NATIONAL BANK, A BRANCH OF FIRST NATIONAL BANK OF OMAHA,

    Garnishee.

## GARNISHEE ORDER

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion for Entry of Garnishee Order** [#86][1] filed May 17, 2019.  After careful review of the motion, the record, and the apposite law, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Entry of Garnishee Order** [#86] is granted;

2. That the Garnishee, First National Bank, a Branch of First National Bank of Omaha, shall pay to the United States all funds from the bank accounts belonging to

---

[1] "[#86]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Defendant Matthew Marre, less $138.60, which the Garnishee may withhold;

      3.  That any remittance shall be made payable to Clerk, U.S. District Court and mailed to

> Clerk, U.S. District Court
> 901 19th Street, Suite A-105
> Denver, CO 80294

      4.  That the following information shall be included on each check or other form of remittance:

> Name of Defendant:    Matthew Marre
>
> Court Number:    11-cr-00475-REB

Dated May 22, 2019, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge